■ SARAH STORFER, Appellant, v. JACK FOGEL, Respondent.— In a negligence action to recover damages for injury to person and property, plaintiff appeals from an order of the Supreme Court, Queens County, dated May 4, 1964, which denied her motion for summary judgment (CPLR 3212). Order affirmed, without costs. In our opinion, the record presents issues of fact which should be resolved after a trial (*Kind* v. *Barone,* 12 A D 2d 625; *Hilton* v. *Feinerman,* 11 A D 2d 1027). Beldock, P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

■ In the Matter of DONALD MURRAY, Petitioner, v. THOMAS M. STARK, as County Judge of Suffolk County, et al., Respondents.— Proceeding pursuant to article 78 of the CPLR, commenced in this court pursuant to CPLR 506: (a) to review and annul the determinations of the respondents, the County Judge, a Police Captain and the District Attorney of Suffolk County, recommending the revocation of, and revoking, petitioner's pistol license and firearms dealer's license; and (b) to direct the reinstatement of such licenses. Amended petition dismissed, without costs. In our opinion, it fails to state facts sufficient to constitute a cause of action against any of the respondents (cf. *Matter of Murray* v. *Stark,* 21 A D 2d 697). Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.